## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:24-mj-703 | Date | February 8, 2024 |
|---|---|---|---|
| Title | United States v. Lauren Benson | | |

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**       (IN CHAMBERS) **ORDER OF DETENTION –
PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.      ☒      Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☐      Lack of bail resources

☐      Refusal to interview with Pretrial Services

☐      No stable residence or employment

☐      Previous failure to appear or violations of probation, parole, or release

☐      Ties to foreign countries

☒      Allegations in petition

☒      Reasons set forth in PSA report

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:24-mj-703 | Date | February 8, 2024 |
|---|---|---|---|
| Title | United States v. Lauren Benson | | |

B.  ☐  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☐  Nature of previous criminal convictions

☒  Allegations in petition

☒  Substance abuse

☐  Already in custody on state or federal offense

☒  Reasons set forth in PSA report

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.